# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3028

| | | |
|---|---|---|
| Augustine Falodun, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| United States of America, | * | |
| | * | |
| Appellee. | * | |

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court. The motion to dismiss the appeal is denied. The application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

October 29, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
NOV 29 2004
U.S. DISTRICT COURT ST. PAUL