## Certificate of Service

I certify that a true and correct copy of the within motion has been sent to the following:

David J. MacLaughlin, AUSA
United States Attorney's Office
300 S. 4th Street, Room 600
Minneapolis, MN 55415

Respectfully Submitted:

Augustine I. Falodun
Petitioner-pro se
FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

Dated: 15 day of 11-15, 2004.



SCANNED
NOV 29 2004
U.S. DISTRICT COURT ST. PAUL