**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Augustine Falodun,

Petitioner-Appellant,

v.

United States of America,

Respondent-Appellee.

Crim. No. 01-380 (6) (ADM/RLE)
Civil No. 03-6504 (ADM)

**ORDER**

---

This matter is presently before the Court on Petitioner's "Request For A Ruling On Pending Motion." (Docket No. 523.) Although Petitioner has not specifically identified the "Pending Motion" referred to in his current "Request," it appears that he may be alluding to a "Motion For Supplemental Submission To The Pending Section 2255 Motion," filed on August 9, 2004. (Docket No. 498.) That motion, however, has already been decided. The motion was denied, (it was not "stayed" or "continued," or otherwise set aside for future re-consideration), and it is therefore not pending before the Court at this time.

Because there is no "pending motion" in this case that has yet to be decided, Petitioner's "Request For A Ruling On Pending Motion," (Docket No. 523), is DENIED.

Dated: December 6, 2004

s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Court Judge