RECEIVED
BY MAIL
DEC 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AUGUSTINE I. FALODUN, )
Petitioner, )
-vs- ) Civil No. 03-6504-ADM
UNITED STATES OF AMERICA, ) Crim. No. 01-380(6)(ADM)/RLE)
Respondent. )

REQUEST FOR JUDICIAL NOTICE

On November 15, 2004, Petitioner moved this Honorable Court to make a ruling of the pending Blakely v. Washington, claim in his case. And yesterday, the Institution received a caselaw that is pertinent to Petitioner's pending motion, decided by a court in this judicial district. See Lohr v. United States, 336 F. Supp. 2d 930(D. Minn. 2004).

In Lohr, the district court denied a Blakely claim but granted the petitioner a certigicate of appealability on the issue of whether Blakely v. Washington sentencing principle could be applied retroactively on collateral review to federal Guidelines sentence. Prior to the Lohr decision, there was also another case, United States v. Stoltz, 325 F.Supp. 2d 982(D.Minn. 2004) which addressed the same issue and also granted a certificate of appealability for the issue of Blakely retroactivity to be discussed further by the Eighth Circuit.

Petitioner is requesting that this Court recall his sentence and re-sentence him based on the claimed Blakely errors. But if



SCANNED
DEC 06 2004
U.S. DISTRICT COURT ST. PAUL

cc: ADM

this Court is not inclined to grant the motion for sentence reduction, it could just follow its sister courts in this judicial district and issue a certificate of appealability so that the matter could be tested in the Eighth Circuit for any reason(s) this Court could find to deny relief under Blakely, including but might not be limited to retroactivity of its application.

Wherefore, Petitioner respectfully prays.

Respectfully Submitted:

[signature]

Augustine I. Falodun, Pro Se
Petitioner
FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

Certificate of Service

I certify that a ture and correct copy of the within Motion has been sent to the following:

David J. MacLaughlin, AUSA
United States Attorney's Office
300 S. 4th Street, Room 600
Minneapolis, MN 55415

Dated: 3rd day of December , 2004.