1827932

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED

OCT 29 2004

MICHAEL GANS
CLERK OF COURT

No. 04-3028

Augustine Falodun, *
Appellant, *
vs. * Appeal from the United States District Court for the District of Minnesota
United States of America, *
Appellee. *

CR 01-380 ADM/RLE

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court. The motion to dismiss the appeal is denied. The application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

October 29, 2004

SCANNED
DEC 27 2004
U.S. DISTRICT COURT ST. PAUL

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

COURT OF APPEALS
EIGHTH CIRCUIT
BY Michael E. Gans