(1)

Augustine Faladun
FCI Elkton P.O. Box 10
Lisbon, Oh. 44432

RECEIVED
05 JAN -4 AM 9:53
[illegible] ST. PAUL, MN

Case No. 01-CR-380(6)
03-CV-6504 (ADM)

Dear Honorable Montgomery,

I want to let you know that I have already withdrawn my notice of Appeal. I took this action so your Court could rule on my case according to Blakely vs. Washington. I don't feel that I have been treated fairly by the courts. All of my motions have been denied, and now I have been informed that my most recent motion has been lost. I know that Blakely vs. Washington will effect many sentences if indeed passed. I am most certain it will effect my sentence resulting in a reduction. In the event that no decision has been made on Blakely vs. Washington by the time you receive this then please consider my motion as pending upon its arrival.

Your honor I have been denied a camp and also halfway house. I have not been in any trouble since incarcerated. I work every day and go to school. I am also learning to to read and write English. So I am asking your Honor to please look at

SCANNED
JAN 04 2005
U.S. DISTRICT COURT ST. PAUL

my case at your earliest opportunity if in fact something becomes of Blakely resulting in a reduction in my sentence. I have also recently found out that it is almost certain I am going to be deported back to Nigeria. My sister Kate Foladun is going home (being released) this month. My cousin Haluyi Foladun is being released in March! These people went to trial and lost. I cooperated with the government and took the plea bargain and got more time. I am asking your Honor to please look into my case. I feel I have received enough punishment.

Respectfully yours,

[signature]