RECEIVED
BY MAIL
FEB 0 7 2005
CLERK, US DIST. COURT
ST. PAUL, MN

ORDER.
CRIMINAL No 01-380(6) ADM/RLE
CIVIL No 03-6504 ADM.

AUGUSTINE FALODUN
#10255-041
F.C.I. ELKTON,
P.O. BOX 10
LISBON OH. 44432-

2-04-05

Application For Certificate of Appealability

SIR,

TO WHOM IT MAY CONCERN.

DEAR COURT OF LAW CLERK. THE MOTION WAS DENIEL 1-24-05. BY Ⓓ ANN D. MONTGOMERY U.S. DISTRICT JUDGE. NOW SIR, I WANT TO APPEAL THE DECITION.

YOUR SINCERELY
AUGUSTINE FALODUN.

SCANNED
FEB 0 7 2005
U.S. DISTRICT COURT ST. PAUL