RECEIVED
BY MAIL
FEB 07 2005
CLERK, US DIST. COURT
ST. PAUL, MN

ORDER.

CRIMINAL No. 01-380(6) ADM/RLE.

CIVIL No 03-6504 ADM.

AUGUSTINE FALODUN.
#10255-041.
F.C.I. ELKTON,
P.O. BOX 10
LISBON OH. 44432.

2-04-05.

Notice of Appeal

SIR,

TO WHOM IT MAY CONCERN.

DEAR COURT OF LAW CLERK. THE MOTION WAS DENIED 1-24-05. BY ANN D. MONTGOMERY. U.S. DISTRICT JUDGE. NOW SIR, I WANT TO APPEAL THE DECITION.

YOUR SINCERELY
AUGUSTINE FALODUN.

SCANNED
FEB 07 2005
U.S. DISTRICT COURT ST. PAUL