# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

SEP 15 2005

CLERK US DIST COURT
MINNEAPOLIS MN

CR 01-380 ADM/RLE

No. 05-1852

Augustine Falodun, *
Appellant, *
vs. * Appeal from the United States District Court for the District of Minnesota
United States of America, *
Appellee. *

Before MELLOY, HANSEN, and BENTON, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

July 14, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
SEP 15 2005
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans